UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>RADISSON HOTEL SACRAMENTO, a business entity of unknown form; RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation; PD HOTEL ASSOCIATES, LLC, a California limited liability company; THE DOW HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:09-CV-01834-JAM-DAD<br><br>[*Judge*: *Honorable John A. Mendez*]<br><br>**ORDER RE: STIPULATION TO FILE A FIRST AMENDED COMPLAINT TO NAME PROPER DEFENDANTS**<br><br>Trial Date:   January 10, 2011 |

GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties through their STIPULATION TO FILE A FIRST AMENDED COMPLAINT TO NAME PROPER DEFENDANTS in this action that;

1. First Amended Complaint is deemed filed.

2. All Defendants named in the First Amended Complaint are deemed served as of the date hereof.

///

1 IT IS SO ORDERED.

2

3 Dated:   December 16, 2009

4                                            /s/ John A. Mendez
John A. Mendez

5 U.S. DISTRICT COURT JUDGE