# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RADISSON HOTEL SACRAMENTO, a business entity of unknown form; RADISSON HOTELS INTERNATIONAL, INC., a Delaware corporation; PD HOTEL ASSOCIATES, LLC, a California limited liability company; THE DOW HOTEL COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-01834-JAM-DAD<br><br>[The Honorable John A. Mendez]<br><br>**ORDER RE: STIPULATION TO AMEND TRIAL AND PRETRIAL DEADLINES**<br><br>Trial Date:  May 9, 2011 |

For good cause shown, the parties' above-referenced stipulation is approved. The Court's Status Pre-Trial Scheduling Order entered November 16, 2009 is amended as follows:

///
///
///
///
///

| Matter | Time | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|
| Opening Expert Witness Disclosures Fed.R.Civ.P. 26(a)(2) | | 08/12/2010 | 08/12/2010 | 8-12-2010 |
| Rebuttal Expert Witness Disclosures | | 09/01/2010 | 09/01/2010 | 9-1-2010 |
| Non Expert Discovery Cut-Off | | 10/04/2010 | 10/04/2010 | 10-4-2010 |
| Discovery Cutoff | | 11/29/2010 | 11/29/2010 | 11-29-2010 |
| Dispositive Motion(s) Filing Deadline | | 01/12/2011 | 01/12/2011 | 1-12-2011 |
| Hearing Date for Dispositive Motion(s) | 9:00 AM | 02/09/2011 | 02/09/2011 | 2-9-2011 |
| Deadline to File Joint Pretrial Statement [L.R. 16-281] | | 03/25/2011 | 03/25/2011 | 3-25-2011 |
| Final Pretrial Conference | 3:00PM | 04/01/2011 | 04/01/2011 | 4-1-2011 |
| Trial Date (jury) Estimated Length: 5 Days | 9:00AM | 05/09/2011 | 05/09/2011 | 5-9-2011 |

IT IS SO ORDERED.

Dated:   December 16,  2009

/s/ John A. Mendez
John A. Mendez
U.S. DISTRICT COURT JUDGE