UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual, | Case No. 2:09-cv-01834-JAM-DAD |
| Plaintiff, | **ORDER RE: STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |
| vs. | |
| PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | Judge: Honorable John A. Mendez |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the foregoing Stipulation of the Parties to Continue Trial and Pretrial Deadlines, the stipulation of the parties is hereby granted. The Court's Order Re: Stipulation to Amend Trial and Pretrial Deadlines entered December16, 2009 is amended as follows:

///

///

///

///

[Proposed] Amended Trial Schedule

| Matter | Time | Plaintiff's Request | Defendant's Request | Court's Order |
|---|---|---|---|---|
| Opening Expert Witness Disclosures [Fed.R.Civ.P. 26(a)(2)] | | 2/7/2011 | 2/7/2011 | |
| Rebuttal Expert Witness Disclosure D/L [Fed.R.Civ.P. 26(a)(2)(c)] | | 3/7/2011 | 3/7/2011 | |
| Non-Expert Discovery Cutoff | | 1/31/2011 | 1/31/2011 | |
| Expert Discovery Cutoff | | 3/28/2011 | 3/28/2011 | |
| Dispositive Motion(s) Filing Deadline | | 4/6/2011 | 4/6/2011 | |
| Deadline to File Joint Mid-Litigation Statements | 14 days before close of discovery | 3/14/2011 | 3/14/2011 | |
| Hearing Deadline for Dispositive Motion(s) | 9:30 AM | 5/4/2011 | 5/4/2011 | |
| Final Pretrial Conference | 2:00PM | 6/10/2011 | 6/10/2011 | |
| Trial Date (Jury Trial) Estimated Length: 5 Days | 9:00AM | 7/25/2011 | 7/25/2011 | |

IT IS SO ORDERED.

Dated:  June 25, 2010

/s/ John A. Mendez
John A. Mendez
U.S. DISTRICT COURT JUDGE

C:\Docs\CASES\Goldkorn\Radisson\Pleadings\[Proposed] Order re Stipulation to Continue Trial and Pretrial Deadlines - 062310.doc

ORDER RE:  STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com