1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RUTHEE GOLDKORN,                    )  Case No. 2:09-CV-1834 JAM-DAD
                                        )
12                    Plaintiff,        )
                                        )
13       v.                             )
                                        )
14  PD HOTEL ASSOCIATES, LLC, a         )
    California limited liability        )
15  company dba RADISSON HOTEL          )
    SACRAMENTO; DOW PRE II, LLC, a      )
16  Delaware limited liability          )
    company; and DOES 1-10,             )  RELATED CASE ORDER
17  INCLUSIVE,                          )
                                        
18                    Defendant.        
    _____
19  ROOSEVELT JOHNSON,                  )
                                        )
20                    Plaintiff,        )
                                        )
21       v.                             )  Case No. 2:10-CV-1407 GEB-KJM
                                        )
22  PD HOTEL ASSOCIATES, LLC, a         )
    California limited liability        )
23  company dba RADISSON HOTEL          )
    SACRAMENTO; DOW PRE II, LLC, a      )
24  Delaware limited liability          
    company; and DOES 1-10,             
25  INCLUSIVE,                          

26                    Defendants.       
    _____
27

28

                                    1

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:10-CV-1407 GEB KJM be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:10-CV-1407-JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   September 23, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge