UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.   2:09-cv-01834-JAM-DAD<br><br>**ORDER RE: STIPULATION TO CONTINUE NON-EXPERT DISCOVERY DEADLINE ONLY**<br><br>Judge:  Honorable John A. Mendez |

GOOD CAUSE HAVING BEEN SHOWN and pursuant to the foregoing Stipulation of the Parties to Continue Non-Expert Discovery Deadline Only, the stipulation of the parties is hereby GRANTED.  The Court's Order Re: Stipulation to Amend Trial and Pretrial Deadlines entered on June 25, 2010 is amended as follows:

The non-expert discovery cutoff is continued by (30) thirty days from January 31, 2011 through and including March 2, 2011.

IT IS SO ORDERED.

Dated: October 26, 2010            /s/ John A. Mendez
                                                 John A. Mendez
                                                 U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com