1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| RUTHEE GOLDKORN, an individual, | Case No. 2:09-cv-01834-JAM-DAD |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |
| vs. | |
| PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | Judge: Honorable John A. Mendez |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the foregoing Stipulation of the Parties to Continue Trial and Pretrial Deadlines, the stipulation of the parties is hereby granted. The Court's Orders Re: Stipulation to Amend Trial and Pretrial Deadlines entered June 25, 2010 and October 26, 2010 are amended as follows:

///
///
///
///

Amended Trial Schedule

| Matter | Time | Plaintiff's Request | Defendant's Request | Court's Order |
|---|---|---|---|---|
| Opening Expert Witness Disclosures [Fed.R.Civ.P. 26(a)(2)] | -13 weeks | 8/1/2011 | 8/1/2011 | |
| Supplemental & Rebuttal Expert Witness Disclosures [Fed.R.Civ.P. 26(a)(2)(c)] | -9 weeks | 9/1/2011 | 9/1/2011 | |
| Non-Expert Discovery Cutoff | -14 weeks | 7/25/2011 | 7/25/2011 | |
| Expert Discovery Cutoff | -6 weeks | 9/23/2011 | 9/23/2011 | |
| Dispositive Motion(s) Filing Deadline | | 7/6/2011 | 7/6/2011 | |
| Deadline to File Joint Mid-Litigation Statements | 14 days before close of discovery | 3/14/2011 | 3/14/2011 | |
| Hearing Deadline for Dispositive Motion(s) | 9:30AM | 8/3/2011 | 8/3/2011 at 9:30 a.m. | |
| Final Pretrial Conference | 10:00AM | 9/16/2011 | 9/16/2011 at 10:00 a.m. | |
| Trial Date (Jury Trial) Estimated Length: 5 Days | 9:00AM | 10/31/2011 | 10/31/2011 at 9:00 a.m. | |

IT IS SO ORDERED.

Dated:  February 9, 2011                     /s/ John A. Mendez_____
                                                                  John A. Mendez
                                                      U.S. DISTRICT COURT JUDGE

C:\Docs\CASES\Goldkorn\Radisson\Pleadings\[Proposed] Order re Stipulation to Continue Trial and Pretrial Deadlines - 020411.doc

ORDER RE:  STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com