1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.   2:09-cv-01834-JAM-DAD<br><br>**ORDER RE: STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>Judge:  Honorable John A. Mendez |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the foregoing Stipulation of the Parties to Continue Trial and Pretrial Deadlines, the stipulation of the parties is hereby granted.  The Court's Order Re: Stipulation to Amend Trial and Pretrial Deadlines entered February 10, 2011 is amended as follows:

\\\
\\\
\\\
\\\
\\\

ORDER RE:  STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES
Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

[Proposed] Amended Trial Schedule

| Matter | Time | Plaintiff's Request | Defendants' Request | Court's Order |
|---|---|---|---|---|
| Opening Expert Witness Disclosures [Fed.R.Civ.P. 26(a)(2)] | -13 weeks | 12/5/2011 | 12/5/2011 | |
| Supplemental & Rebuttal Expert Witness Disclosures [Fed.R.Civ.P. 26(a)(2)(c)] | -9 weeks | 1/2/2012 | 1/2/2012 | |
| Non-Expert Discovery Cutoff | -14 weeks | 11/28/2011 | 11/28/2011 | |
| Expert Discovery Cutoff | -6 weeks | 1/23/2012 | 1/23/2012 | |
| Dispositive Motion(s) Filing Deadline | | 11/9/2011 | 11/9/2011 | |
| Hearing Deadline for Dispositive Motion(s) | 9:30AM | 12/7/2011 | 12/7/2011 | |
| Final Pretrial Conference | 10:00AM | 1/20/2012 | 1/20/2012 | |
| Trial Date (Jury Trial) Estimated Length: 5 Days | 9:00AM | 3/5/2012 | 3/5/2012 | |

IT IS SO ORDERED.

Dated:  July 26, 2011                   /s/ John A. Mendez_____
                                        John A. Mendez
                                        U.S. DISTRICT COURT JUDGE

F:\CASES\Goldkorn\Radisson\Pleadings\[Proposed] Order re Stipulation to Continue Trial and Pretrial Deadlines - 072011.doc

PDF created with pdfFactory trial version www.pdffactory.com