UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PD HOTEL ASSOCIATES, LLC, a California limited liability company dba RADISSON HOTEL SACRAMENTO; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br>Defendants. | Case No. 2:09-cv-01834-JAM-DAD<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO REINSTATE VDRP PURSUANT TO L.R. 16-271(b)(4) and 271(c)(3)<br><br>Judge: Honorable John A. Mendez |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the foregoing Stipulation to Reinstate VDRP Pursuant to L.R. 16-271(b)(4) and 271(c)(3), the stipulation of the parties is hereby GRANTED. The Court's VDRP program has been notified of the same.

IT IS SO ORDERED.
Dated: ~~January~~ February 27, 2012

_____
John A. Mendez
U.S. DISTRICT COURT JUDGE

F:\CASES\Goldkorn\Radisson\Pleadings\[Proposed] Order re Stipulation to Reinstate VDRP - 012412.doc

ORDER RE: STIPULATION TO REINSTATE VDRP