UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PD HOTEL ASSOCIATES, LLC, a California limited liability company, dba Radisson Hotel Sacramento; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | **Case No. 2:09-CV-01834-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>**HON. JOHN A. MENDEZ** |

GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties via their Stipulation for Dismissal Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court Case no. 2:09-cv-01834-JAM-DAD is hereby dismissed with prejudice, subject to the Court's retained jurisdiction as set forth in the Consent Decree entered July 5, 2011.

　　　**IT IS SO ORDERED.**

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　U.S. District Court Judge