UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHEE GOLDKORN, an individual, | **Case No.  2:09-CV-01834-JAM-DAD** |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |
| PD HOTEL ASSOCIATES, LLC, a California limited liability company, dba Radisson Hotel Sacramento; DOW PRE II, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | **HON. JOHN A. MENDEZ** |
| Defendants. | |
| _____/ | |

GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties via their Stipulation for Dismissal Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court Case no. 2:09-cv-01834-JAM-DAD is hereby dismissed with prejudice, subject to the Court's retained jurisdiction as set forth in the Consent Decree entered July 5, 2011.

**IT IS SO ORDERED.**

Dated:  August 21, 2012

/s/ John A. Mendez_____
Honorable John A. Mendez
U.S. District Court Judge